Mervyn Wolff, Respondent, v. Elbert A. Brinkerhof, Jr., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.